UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DESIGN BASICS, LLC | ) | Case No. 1:15-CV-01905 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | |
| GARLAND GRIFFIN HOMES, INC., et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties through their respective counsel stipulate that all claims by all parties are hereby dismissed with prejudice with each party to pay their own costs and attorney fees.

Dated this the  **26**  day of April, 2016

*/s/ James L. Rogers*
James L. Rogers
Attorney for Plaintiff,
Design Basics, LLC

*/s/ Julie L. Juergens*              .
Attorney for Defendants,
Garland Griffin Homes, Inc.,
Matthew Garland and
Christopher Mark Griffin

*/s/ Brian Salvagni*              .
Brian Salvagni
Attorney for Defendant,
Garland New Homes, Inc.